IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONG NGUYEN,

      Plaintiff,                     No. CIV S-08-0380 EFB

      vs.

MICHAEL J. ASTRUE,           ORDER
Commissioner of Social Security,

      Defendant.
_____/

Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed *in forma pauperis* will be granted. 28 U.S.C. § 1915(a).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed *in forma pauperis* is granted.

2. The Clerk of the Court is directed to serve the undersigned's scheduling order in Social Security cases.

3. The Clerk of the Court is further directed to serve a copy of this order on the United States Marshal.

////

1

1       4. Within fifteen days from the date of this order, plaintiff shall submit to the United
2  States Marshal an original and five copies of the completed summons, five copies of the
3  complaint, five copies of the scheduling order and a completed USM-285 form, and *shall file a*
4  *statement with the court that said documents have been submitted to the United States Marshal.*
5       5. The United States Marshal is directed to serve all process without prepayment of costs
6  not later than sixty days from the date of this order.  Service of process shall be completed by
7  delivering a copy of the summons, complaint, and scheduling order to the United States Attorney
8  for the Eastern District of California, and by sending two copies of the summons, complaint, and
9  scheduling order by registered or certified mail to the Attorney General of the United States at
10 Washington, D.C.  *See* Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of
11 the summons, complaint, and scheduling order by registered or certified mail to the
12 Commissioner of Social Security, c/o Office of General Counsel, 6401 Security Blvd., Room
13 611, Altmeyer Bldg., Baltimore, MD 21235.  *See* Fed. R. Civ. P. 4(i)(2).
14 DATED:  February 25, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE